In the Matter of ZLOTA BACZKOWSKA, Respondent, against 2166
OPERATING CORP. et al., Appellants.

Argued October 21, 1952; decided November 20, 1952.

812

*James G. Purdy* for appellants.

*Myron P. Gordon, Jacob Landau* and *Jacob J. Rudner* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.